**MIRANDA LAW OFFICE**
P.O. BOX 35326
TUCSON, ARIZONA 85740-5326
TELEPHONE: (520) 792-9411
FACSIMILE: (520) 203-0266

RAUL A. MIRANDA, ESQ.
AZ BAR NO. 017386 - PCC NO. 65133
E-MAIL: MIRANDALAW@COMCAST.NET
ATTORNEY FOR DEFENDANT

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR11-3687-TUC-CKJ-(CRP) |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL** |
| HUMBERTO PONCE-VALDEZ, | |
| Defendant. | |

Excludable delay under 18 U.S.C. §3161(h)(1)(F) and (8)(A) will occur as a result of this motion and any order based thereon.

Defendant, HUMBERTO PONCE-VALDEZ, through undersigned counsel, hereby moves the Court for withdrawal of counsel for the following reasons:

1.  Undersigned counsel was appointed to represent the Defendant in the instant case on October 4, 2011, and the Defendant was recently indicted under 8 U.S.C. § 1326(a) as enhanced by § 1326(b)(1).

2.  Based on disclosure from the Government, it appears the Defendant will be found to be an estimated Criminal History Category IV, and at Base Offense Level 12.  The plea agreement offered by the Government calls for sentence range of 12 to 21 months.  The normal sentencing guidelines at Level 10 (2 levels off for acceptance of responsibility) are 15 to 21 months without a plea agreement.

3.  The Defendant is on supervised release less than one year in this District from a prior illegal reentry case wherein he received a sentence of four (4) months.  It is expected that a

revocation matter will be commenced wherein the Defendant will be facing a revocation range of 6 to 12 months in that prior case.

4. When the defendant was presented all options, to include the possibility of pleading straight up without a plea agreement, (which undersigned counsel does not believe would be too great a risk or detriment in this particular case,) he requested that counsel obtain for him a better plea offer. When told that the Government would not offer a better plea, he requested new counsel.

5. Mr. Ponce-Valdez has requested that undersigned counsel withdraw as his attorney because he does not feel that undersigned counsel is adequately assisting him. He is hoping that another attorney will be able to get a reduction in his plea offer from the Government. Despite counsel's repeated explanation of the situation and standard plea negotiations with the Government, Mr. Ponce-Valdez still feels he needs another lawyer to represent him.

Therefore, in compliance with the Defendant's request, it is respectfully requested that the Court relieve undersigned counsel from further representation of Mr. Ponce-Valdez, and that new counsel be appointed to represent him.

**DATED** this 29th day of October, 2011.

                                          s/ *Raul A. Miranda*
                                          RAUL A. MIRANDA
                                          Attorney for Defendant

**Copy of the foregoing electronically filed, noticed or delivered this 29th day of October, 2010, to:**

Clerk of Federal District Court
405 W. Congress, Suite 1500
Tucson, AZ 85701

Hon. Cindy K. Jorgenson
United States District Court Judge
405 W. Congress
Tucson, AZ 85701

Amy E. Peery
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, AZ 85701

By: s/ *Raul A. Miranda*

CR 11–3687 - MotWithdrawCounsel.wpd - 111029        - 2 -

*Miranda Law Office*
P.O. Box 35326
Tucson, Arizona 85740-5326
Telephone: (520) 792-9411
Facsimile: (520) 203-0266